

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA HUNTINGTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:25-cr-44

18 U.S.C. § 371

**EUGENE LUTHER COCHRAN**

### I N F O R M A T I O N

The United States Attorney Charges:

1. On or about November 8, 2023, at or near East Lynn, Wayne County, West Virginia, and within the Southern District of West Virginia, defendant **EUGENE LUTHER COCHRAN**, together with Known Person 1 (KP1) and Known Person 2 (KP2) did knowingly and willfully conspire to remove timber from the public lands of the United States, with the intent to export and dispose of the same in violation of Title 18, United States Code, Section 1852.

<u>The Purpose of the Conspiracy</u>

2. The purpose of the conspiracy was for defendant **EUGENE LUTHER COCHRAN**, together with KP1 and KP2 to unlawfully remove timber from public lands of the United States and to export and dispose of said timber for their own personal gain.

## Overt Acts of the Conspiracy

3. In furtherance of the conspiracy, the following overt acts, among others, were committed in the Southern District of West Virginia:

4. On or about November 8, 2023, defendant **EUGENE LUTHER COCHRAN** rode in a Chevy Silverado truck, along with KP1 and KP2, onto the public lands of the United States at or near East Lynn, Wayne County, West Virginia.

5. On that same date, defendant **EUGENE LUTHER COCHRAN**, along with KP1 and KP2, attached a large white oak log to the rear trailer hitch of the Chevy Silverado truck with the intent to remove the white oak log from the public land.

6. On that same date, defendant **EUGENE LUTHER COCHRAN**, along with KP1 and KP2, prepared their truck to haul timber by removing the rear tailgate and brought with them in the bed of the truck tools and implements for moving and/or leveraging timber including hydraulic jacks and a jack stand.

All in violation of Title 18, United States Code, Section 371.

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
OWEN A. REYNOLDS
Assistant United States Attorney